```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15650
   JAMES M BROWN
   DIANE M BROWN                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5430     SSN XXX-XX-7121
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/28/07 .

   2.  The case was converted to Chapter 7 without confirmation, 11/30/2007.

   3.  The Debtor paid a total of $   1870.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LENDING | SECURED | .00 | .00 | .00 |
| MORTGAGE SERVICE CENTER | CURRENT MORTG | .00 | .00 | .00 |
| MARRIOTT OWNERSHIP RESOR | UNSECURED | NOT FILED | .00 | .00 |
| MARRIOTT OWNERSHIP RESOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | .00 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |

```
CITICARDS PRIVATE LABEL   UNSECURED       NOT FILED              .00           .00
DISCOVER BANK             UNSECURED       NOT FILED              .00           .00
DISCOVER BANK             UNSECURED       NOT FILED              .00           .00
ETRADE                    UNSECURED       NOT FILED              .00           .00
GEMB                      UNSECURED       NOT FILED              .00           .00
NICOR GAS                 UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED       NOT FILED              .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00          .00           .00
PRINCIPAL PAID           .00           .00          .00          .00           .00
INTEREST PAID            .00           .00          .00          .00           .00
TOTAL PAID               .00           .00          .00          .00           .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   3500.00 and was paid $   2137.00   direct and $   1363.00   through the plan.

The Trustee received $      64.23 .

Refunds to the Debtor totaled $     442.77 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/12/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 15650 JAMES M BROWN & DIANE M BROWN