## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: BROWN, JAMES M | § | Case No. 07-15650 |
| BROWN, DIANE M | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/22/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/09/2010          By:   /s/DEBORAH K. EBNER                
                                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: BROWN, JAMES M | § | Case No. 07-15650 |
| BROWN, DIANE M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $        9,945.63

*and approved disbursements of*        $        4,916.04

*leaving a balance on hand of*  ¹        $        5,029.59

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $        1,264.56 | $        198.44 |
| Attorney for trustee | Deborah K. Ebner, ESQ. | $        2,335.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

¹ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 242,168.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 6,963.73 | $ 35.41 |
| 2 | Discover Bank/DFS Services LLC | $ 8,872.97 | $ 45.12 |
| 4 | Capital 1 Bank | $ 13,204.35 | $ 67.15 |
| 5 | Capital 1 Bank | $ 6,838.94 | $ 34.78 |
| 6 | eCAST Settlement Corporation | $ 5,943.64 | $ 30.23 |
| 7 | eCAST Settlement Corporation | $ 5,767.05 | $ 29.33 |
| 8 | American Express Bank FSB | $ 30,070.21 | $ 152.93 |
| 9 | American Express Bank FSB | $ 17,778.53 | $ 90.42 |
| 10 | LVNV Funding LLC its successors assignee of Citibank | $ 7,810.41 | $ 39.72 |
| 11 | E*Trade | $ 6,486.75 | $ 32.99 |
| 12 | Chase Bank USA, NA | $ 9,768.57 | $ 49.68 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 13 | Chase Bank USA, NA | $ 4,072.85 | $ 20.71 |
| 14 | Chase Bank USA, NA | $ 23,508.60 | $ 119.56 |
| 15 | Chase Bank USA, NA | $ 4,492.86 | $ 22.85 |
| 16 | eCAST Settlement Corp assignee of FIA Card Services | $ 3,859.86 | $ 19.63 |
| 17 | eCAST Settlement Corp assignee of FIA Card Services | $ 51,565.90 | $ 262.25 |
| 18 | eCAST Settlement Corp assignee of FIA Card Services | $ 35,163.29 | $ 178.83 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/DEBORAH K. EBNER
                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen          Page 1 of 2          Date Rcvd: Sep 10, 2010
Case: 07-15650               Form ID: pdf006       Total Noticed: 40

The following entities were noticed by first class mail on Sep 12, 2010.
db/jdb      +James M Brown,   Diane M Brown,   21016 Taifeathers Drive,   Mokena, IL 60448-2446
aty         +Deborah K Ebner,   Law Office of Deborah Kanner Ebner,   11 E Adams St Ste 904,
              Chicago, IL 60603-6306
aty         +Janna L Quarless,   Robert J Semrad and Associates,   20 S. Clark Street, 28th Floor,
              Chicago, IL 60603-1811
aty         +Matthew J Cherney,   Robert Semrad & Associates LLC,   407 S Dearborn Street 6th Floor,
              Chicago, IL 60605-1136
aty         +Patrick J. Semrad,   Robert J Semrad and Associates,   20 S Clark St,   Ste. 2800,
              Chicago, IL 60603-1811
tr          +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
11575686    +American Express,   General Counsels Office,   3200 Commerce Pwy  Md 19-01-06,
              Merrimar, FL 33025-3907
11635851     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11575688    +Austin Brown,   21016 Taifeathers Drive,   Mokena, IL 60448-2446
12635549    +BAC Home Loan Servicing LP,   7105 Corporate Drive,   Plano, TX 75024-4100
11575710    +BAC Home Loans Servicing LP fka,   Countrywide Home Loans Servicing LP,
              c/o McCalla Raymer LLC Bankruptcy Dept,   1544 Old Alabama Road,   Roswell, GA 30076-2102
11575691     Bank of America,   Nc4-105-03-14,   4161 Peidmont Pwy,   Greensboro, NC 27420
11575689    +Bank of America,   Po Box 26012,   Nc4-105-03-14,   Greensboro, NC 27420-6012
11575694    +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
11575696    +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
11942298    +Cenlar FSB,   Attn: Bankruptcy,   PO Box 77409,   Ewing, NJ 08628-6409
11795717    +Cenlar FSB,   Attn: Bankruptcy Department,   P.O. Box 77409,   Ewing, NJ 08628-6409
11575706    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
12399398     Chase Bank USA, NA,   PO Box 15145,   Wilmington, DE 19850-5145
11575709    +Citibank,   Attn: Citicorp Credit Services,   7920 Nw 110th Street,   Kansas City, MO 64153-1270
11774793    +ETrade,   PO Box 23356,   Pittsburgh, PA 15222-6356
11575713    +Etrade Credit Card,   671 N Glebe Rd Fl 11,   Arlington, VA 22203-2120
11612362    +FIA Card Services NA successor to,   Bank of America NA USA and MBNA,
              America Bank NA Attn MR Bk,   1000 Samoset Dr DE5-023-03-03,   Newark, DE 19713-6000
11930216   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,   Internal Revenue Servic,
              Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114)
13755938    +JPMorgan Chase Bank National Association,   7255 Baymeadows Way,   Mail Stop B2007,
              Jacksonville FL 32256-6851
11942316    +LaSalle Bank Midwest,   Cenlar FSB,   Attn: Bankruptcy Department,   P.O. Box 77409?,
              Ewing, NJ 08628
11575715    +Lasalle Bank/ABN AMRO,   PO Box 961224,   Fort Worth, TX 76161-0224
11575716    +Marriott Ownership,   1200 Us Highway 98 S Ste,   Lakeland, FL 33801-5901
11575718    +Mortgage Service Cente,   Attn: Mortgage Service Center,   Sbrp - 4001 Leadenhall Rd,
              Mt Laurel, NJ 08054-4611
11575721    +WFNNB / Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
11575722    +Wfnnb/z Gallerie,   Po Box 2974,   Shawnee Mission, KS 66201-1374
15685033     eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
11786934     eCAST Settlement Corporation assignee of,   FIA Card Services aka Bank of America,   POB 35480,
              Newark, NJ 07193-5480

The following entities were noticed by electronic transmission on Sep 10, 2010.
11775883     E-mail/PDF: BNCEmails@blinellc.com Sep 11 2010 02:12:41     B-Real, LLC,   MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
11591387     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2010 02:11:39
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
11575711    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2010 02:11:39     Discover Financial,
              Po Box 3025,   New Albany, OH 43054-3025
11575714    +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2010 02:06:53     GEMB / Old Navy,   Po Box 103106,
              Roswell, GA 30076-9106
11732375     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11575719    +E-mail/Text: bankrup@nicor.com                               Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
11815422     E-mail/PDF: rmsedi@recoverycorp.com Sep 11 2010 02:06:53
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                               TOTAL: 7


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          John W Pleta
11575687+   +American Express,   General Counsels Office,   3200 Commerce Pwy  Md 19-01-06,
              Merrimar, FL 33025-3907
11575692*    Bank of America,   Nc4-105-03-14,   4161 Peidmont Pwy,   Greensboro, NC 27420
11575690*   +Bank of America,   Po Box 26012,   Nc4-105-03-14,   Greensboro, NC 27420-6012
11575693*   +Bank of America,   Po Box 26012,   Nc4-105-03-14,   Greensboro, NC 27420-6012
11575695*   +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
11575697*   +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
11575698*   +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
11575699*   +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
11575700*   +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
11575701*   +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
11575702*   +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
11575703*   +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
11575704*   +Cbc/aes/nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
```

```
District/off: 0752-1          User: cgreen            Page 2 of 2              Date Rcvd: Sep 10, 2010
Case: 07-15650               Form ID: pdf006          Total Noticed: 40

            ***** BYPASSED RECIPIENTS (continued) *****
11575708*     Chase,    Attn: Bankruptcy,    Po Box 15919,    Wilmington, DE 19850
11575707*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11575712*    +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
11575717*    +Marriott Ownership,    1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
15685034*     eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
aty          ##+Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          ##+Natalia B Basinger,    Robert J Semrad & Associates,    407 S Dearborn St Ste 600,
               Chicago, IL 60605-1115
11575705     ##Chase,    Attn: /Bankruptcy,    Po Box 15919,    Wilmington, DE 19850
11595874     ##+PHH Mortgage Corporation,    4001 Leadenhall Road,    Mailstop SV-01,    Mt. Laurel, NJ 08054-4611
11575720     ##+Summer Brown,    440 N. McClurg Court, #1002,    Chicago, IL 60611-4359
                                                                          TOTALS: 1, * 18, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2010**                    **Signature:**    _Joseph Speetjens_