# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Bruce W. Black | Hearing Date | 10/22/10 |
| Bankruptcy Case | 07 B 15650 | Adversary No. | |
| Title of Case | James and Diane Brown | | |

**Brief Statement of Motion**  Trustee's Final Report and Applications for Compensation

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Written response to be filed and served on or before *November 5, 2010*

_Bruce W. Black_

U S Bankruptcy Judge Bruce W. Black