# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Bruce W. Black             **Hearing Date** 12/03/2010

**Bankruptcy Case** 07 B 15650           **Adversary No.**

**Title of Case** James and Diane Brown

**Brief Statement of Motion** Trustee's Final Report and Applications for Compensation

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED, Trustee is to file an amended itemization by or before 1/7/2011.

*[signed] Bruce W. Black*

U S Bankruptcy Judge Bruce W. Black