**IN UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|    JAMES M. BROWN and, | ) | Case No. 07-15650 |
|    DIANE M. BROWN, | ) | Judge  Bruce W. Black (Joliet) |
|           Debtors. | ) | |

**NOTICE OF FILING**

TO:    ALL ECF REGISTRANTS

     **PLEASE BE ADVISED** that on **JANUARY 6, 2011**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **SECOND SUPPLEMENT TO FINAL APPLICATION OF THE LAW OFFICE OF DEBORAH KANNER EBNER FOR ALLOWANCE AND PAYMENT FOR COMPENSATION,** a copy of which attached hereto.

                                             /s/ Deborah K. Ebner
                                             DEBORAH K. EBNER

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

     I, DEBORAH K. EBNER, hereby certify that on January 6, 2011, I caused copies of this Notice along with the corresponding document to be served electronically to those registered to receive such notice for this case through the Court's ECF filing system.

                                             /s/ Deborah K. Ebner

**IN UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|    JAMES M. BROWN and, | ) | Case No. 07-15650 |
|    DIANE M. BROWN, | ) | Judge  Bruce W. Black (Joliet) |
|                  Debtors. | ) | |

**SECOND SUPPLEMENT TO FINAL APPLICATION OF THE LAW OFFICE OF
DEBORAH KANNER EBNER FOR ALLOWANCE AND PAYMENT FOR COMPENSATION**

NOW COMES Deborah K. Ebner ("Ebner") and as and for her Second Supplement to the Final Application of the Law Office of Deborah Kanner Ebner for Allowance and Payment for Compensation, for the purpose of addressing the Court's concerns about duplication, states as follows:

1.      Upon re-review of the Final Application of the Law Office of Deborah Kanner Ebner for Allowance and Payment for Compensation, it was observed that time sheets for Trustee service which is categorized and labeled "Business Operations" was inadvertently affixed to Ebner's Law Office Application for Compensation.  Notwithstanding the erroneous attachment of those time sheets, Affiant did not and does not seek hourly compensation for those services.

2.      Page three, paragraph 7 of the original Final Application of the Law Office of Deborah Kanner Ebner for Allowance and Payment for Compensation contained a typographical error. Specifically, the original text stated that:

| Attorney (Paralegal) | Hours | Fees |
|---|---|---|
| C. Lambert, Attorney | **.60** total hours (@$ 275 rate) | $2,640.00 |

The foregoing was a typographical error and should have read as follows:

| Attorney (Paralegal) | Hours | Fees |
|---|---|---|
| C. Lambert, Attorney | **9.60** total hours (@$ 275 rate) | $2,640.00 |

                                             Respectfully submitted,
                                             Law Office of Deborah K. Ebner

                                  By:     /s/Deborah K. Ebner
                                         Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street, Suite 904
Chicago, IL 60603
(312) 922-3838

2