**IN UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|    JAMES M. BROWN and, | ) | Case No. 07-15650 |
|    DIANE M. BROWN, | ) | Judge Bruce W. Black (Joliet) |
|                  Debtors. | ) | |

**NOTICE OF FILING**

TO:    ALL ECF REGISTRANTS

    **PLEASE BE ADVISED** that on **FEBRUARY 22, 2011**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **FINAL SUPPLEMENT OF TRUSTEE FOR STATUTORY COMPENSATION AND EXPENSE REIMBURSEMENT,** a copy of which attached hereto.

                                          /s/ Deborah K. Ebner
                                          DEBORAH K. EBNER

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

    I, DEBORAH K. EBNER, hereby certify that on February 22, 2011, I caused copies of this Notice along with the corresponding document to be served electronically to those registered to receive such notice for this case through the Court's ECF filing system.

                                          /s/ Deborah K. Ebner

**IN UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| JAMES M. BROWN and, | ) | Case No. 07-15650 |
| DIANE M. BROWN, | ) | Judge Bruce W. Black (Joliet) |
| Debtors. | ) | |

**FINAL SUPPLEMENT OF TRUSTEE FOR STATUTORY
COMPENSATION AND EXPENSE REIMBURSEMENT**

TO THE HONORABLE BRUCE W. BLACK, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed, qualified and acting Trustee in these proceedings, and pursuant to the direction of this Court, the following is an outline of services rendered in connection with the administration of this Estate:

**TRUSTEE SERVICES**

I. TASKS

    1. Preparation for 341 meeting;

    2. Conduct 341 meeting;

    3. Contact Debtor's attorney re: improper claim of homestead exemption on condominium unit in Chicago, and supervision of attorneys regarding removal of exemption;

    4. Work with accountant regarding need for preparation of tax returns;

    5. Teleconferences with Debtor's attorney, Trustee's counsel, secured lender counsel, and realtor regarding marketing of condominium listing agreement, maintenance of unit during marketing efforts, and short sale issues;

    6. File Initial Report of Trustee in Asset Case;

    7. File Interim Property Record and Asset Reports;

    8. Review claims;

    9. Open Chase Bank Account and monitor bank change to BNY Mellon

10. Supervise retention of auctioneer, and possession and sale of vehicle;

11. Preparation of Trustee's Final Report;

12. Preparation in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

13. Anticipated posting and distribution of dividend checks; actual issuance of exemption check;

14. Preparation and filing of Final Account.

II. EXPENSES ADVANCED

15. Attached as **Exhibit A** is an itemization of **$198.44** in expenses advanced by Trustee during the course of this administration for which reimbursement is sought.

III. STATUTORY TRUSTEE COMPENSATION CALCULATION

16. The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $5,145.63, which is the aggregate of Estate funds distributed to parties in interest other than the Debtor, is as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $45,000 | $     14.56 |
| Total allowable compensation | $1,264.56 |

IV. COMPENSATION REQUEST

17. Trustee and her staff have expended 27.9 hours in the rendition of Trustee services. Trustee's customary hourly rate is $375.00. Application of Trustee's hourly rate to hours expended totals $10,462.50[1]. Trustee requests her statutory compensation, however, in the amount of **$1,264.56**.

V. CONCLUSION

18. **For the foregoing reasons, Trustee seeks $1,264.56 in statutory**

---

[1] Detailed time description is available upon request.

3

**compensation, and expense reimbursement in the amount of $198.44.**

                                                Respectfully submitted,
                                                Law Office of Deborah K. Ebner

                                  By:    /s/Deborah K. Ebner
                                                Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838