**IN UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|    JAMES M. BROWN and, | ) | Case No. 07-15650 |
|    DIANE M. BROWN, | ) | Judge  Bruce W. Black (Joliet) |
|                Debtors. | ) | |

### NOTICE OF FILING

TO:  ALL ECF REGISTRANTS

**PLEASE BE ADVISED** that on **FEBRUARY 22, 2011**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **FINAL SUPPLEMENT OF THE LAW OFFICE OF DEBORAH KANNER EBNER FOR LEGAL FOR COMPENSATION,** a copy of which attached hereto.

                                                        /s/ Deborah K. Ebner
                                                        DEBORAH K. EBNER

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

### CERTIFICATE OF SERVICE

I, DEBORAH K. EBNER, hereby certify that on February 22, 2011, I caused copies of this Notice along with the corresponding document to be served electronically to those registered to receive such notice for this case through the Court's ECF filing system.

                                                        /s/ Deborah K. Ebner

**IN UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| JAMES M. BROWN and, | ) | Case No. 07-15650 |
| DIANE M. BROWN, | ) | Judge Bruce W. Black (Joliet) |
| Debtors. | ) | |

**FINAL SUPPLEMENT OF THE LAW OFFICE OF**
**DEBORAH KANNER EBNER FOR LEGAL COMPENSATION**

NOW COMES Deborah K. Ebner ("Ebner") and as and for her Final Supplement in support of her Application for Legal Compensation pursuant to 11 U.S.C. § 330, duly states as follows:

1.  The Law Office of Deborah Kanner Ebner seeks the following compensation for actual, reasonable and necessary services to the Estate:

| Attorney | Hours | Fees |
|---|---|---|
| C. Lambert, Attorney | **6.0** | $1,650.00 |
| [Time detail is attached as **Exhibit A**.] | | |
| John Pleta | **.1** | $25.00 |
| [Time detail is attached as **Exhibit B**.] | | |
| Linda M. Kujaca | **2.2** | $660.00 |
| [Time detail is attached as **Exhibit C**.] | | |
| Total Legal Fees sought for necessary professional service to Trustee | | **$2,335.00** |

WHEREFORE, the Law Office of Deborah Kanner Ebner prays that final compensation in the amount of $2,335.00 be authorized.

                                    Respectfully submitted,
                                    Law Office of Deborah K. Ebner

                            By:     /s/Deborah K. Ebner
                                    Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

2