# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BROWN, JAMES M  
       BROWN, DIANE M

Case No. 07-15650

Chapter 7

_____ ,  
             Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: $63,550.00

Total Distribution to Claimants: $2,232.23

Claims Discharged  
Without Payment: $417,522.28

Total Expenses of Administration: $2,914.04

3) Total gross receipts of $ 9,946.27 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 4,800.00 (see **Exhibit 2**), yielded net receipts of $5,146.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $744,126.01 | $943,889.95 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,914.04 | 2,914.04 | 2,914.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 21,668.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 419,812.00 | 249,978.92 | 242,168.51 | 2,232.23 |
| **TOTAL DISBURSEMENTS** | $1,185,606.01 | $1,197,782.91 | $245,082.55 | $5,146.27 |

4)  This case was originally filed under Chapter 13 on August 28, 2007 and it was converted to Chapter 7 on November 30, 2007.The case was pending for 47 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .   The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2011          By: /s/DEBORAH K. EBNER
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 GMC Envoy (Approx 60k Miles) | 1129-000 | 9,926.88 |
| Interest Income | 1270-000 | 19.39 |
| **TOTAL GROSS RECEIPTS** | | $9,946.27 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James M & Diane M Brown | Exemption | 8100-002 | 0.00 |
| James M & Diane M Brown | Exemption | 8100-002 | 4,800.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,800.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PHH Mortgage Corporation | 4110-000 | N/A | 205,416.93 | 0.00 | 0.00 |
| 19 | BAC Home Loan Servicing LP | 4110-000 | N/A | 369,236.51 | 0.00 | 0.00 |
| 21 | Cenlar FSB | 4110-000 | N/A | 369,236.51 | 0.00 | 0.00 |
| NOTFILED | Countrywide Home Lending | 4110-000 | 141,482.00 | N/A | N/A | 0.00 |
| NOTFILED | Marriott Ownership | 4110-000 | 11,581.00 | N/A | N/A | 0.00 |
| NOTFILED | Mortgage Service Cente | 4110-000 | 205,593.00 | N/A | N/A | 0.00 |
| NOTFILED | Marriott Ownership | 4110-000 | 18,118.00 | N/A | N/A | 0.00 |
| NOTFILED | Lasalle Bank/ABN AMRO | 4110-000 | 367,352.01 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $744,126.01 | $943,889.95 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,264.56 | 1,264.56 | 1,264.56 |
| DEBORAH K. EBNER | 2200-000 | N/A | 198.44 | 198.44 | 198.44 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 2,335.00 | 1,335.00 | 1,335.00 |
| Halina Kelso | 2420-000 | N/A | 95.00 | 95.00 | 95.00 |
| International Sureties | 2300-000 | N/A | 12.26 | 12.26 | 12.26 |
| International Sureties | 2300-000 | N/A | 8.78 | 8.78 | 8.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,914.04 | 2,914.04 | 2,914.04 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS | 5800-000 | 21,668.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 21,668.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | 6,963.00 | 6,963.73 | 6,963.73 | 64.20 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | 8,872.00 | 8,872.97 | 8,872.97 | 81.79 |
| 4 | Capital 1 Bank | 7100-000 | 12,758.00 | 13,204.35 | 13,204.35 | 121.71 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 5 | Capital 1 Bank | 7100-000 | 6,640.00 | 6,838.94 | 6,838.94 | 63.04 |
| 6 | eCAST Settlement Corporation | 7100-000 | 5,943.00 | 5,943.64 | 5,943.64 | 54.79 |
| 7 | eCAST Settlement Corporation | 7100-000 | 5,767.00 | 5,767.05 | 5,767.05 | 53.16 |
| 8 | American Express Bank FSB | 7100-000 | 30,182.00 | 30,070.21 | 30,070.21 | 277.18 |
| 9 | American Express Bank FSB | 7100-000 | 17,903.00 | 17,778.53 | 17,778.53 | 163.88 |
| 10 | LVNV Funding LLC its successors assignee of | 7100-000 | 7,810.00 | 7,810.41 | 7,810.41 | 71.99 |
| 11 | E*Trade | 7100-000 | 6,892.00 | 6,486.75 | 6,486.75 | 59.79 |
| 12 | Chase Bank USA, NA | 7100-000 | 9,768.00 | 9,768.57 | 9,768.57 | 90.04 |
| 13 | Chase Bank USA, NA | 7100-000 | 4,233.00 | 4,072.85 | 4,072.85 | 37.54 |
| 14 | Chase Bank USA, NA | 7100-000 | 23,508.00 | 23,508.60 | 23,508.60 | 216.69 |
| 15 | Chase Bank USA, NA | 7100-000 | 4,492.00 | 4,492.86 | 4,492.86 | 41.41 |
| 16 | eCAST Settlement Corp assignee of FIA Card | 7100-000 | 3,767.00 | 3,859.86 | 3,859.86 | 35.58 |
| 17 | eCAST Settlement Corp assignee of FIA Card | 7100-000 | 51,565.00 | 51,565.90 | 51,565.90 | 475.32 |
| 18 | eCAST Settlement Corp assignee of FIA Card | 7100-000 | 35,163.00 | 35,163.29 | 35,163.29 | 324.12 |
| 20 | LVNV Funding LLC its successors assignee of | 7100-000 | N/A | 7,810.41 | 0.00 | 0.00 |
| 22 | JPMorgan Chase Bank National Association | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 14.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB / Lane Bryant | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Old Navy | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 2,762.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 2,079.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 12,729.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/z Gallerie | 7100-000 | 2,022.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 30,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 24,852.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 24,082.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 25,936.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 29,520.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 23,268.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 419,812.00 | 249,978.92 | 242,168.51 | 2,232.23 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-15650 | **Trustee:**    (330480)    DEBORAH K. EBNER |
| **Case Name:**    BROWN, JAMES M | **Filed (f) or Converted to (c):** 11/30/07 (c) |
|                BROWN, DIANE M | **§341(a) Meeting Date:** 01/10/08 |
| **Period Ending: 07/26/11** | **Claims Bar Date:** 04/14/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 21016 Tailfeathers Drive, Mokena, Illinois 60448 | 483,333.00 | 0.00 | | 0.00 | FA |
| 2 | 440 N. McClurg Court, #1002, Chicago, Illinois 6 | 278,666.00 | 73,073.00 | | 0.00 | FA |
| 3 | Marriott Grand Vista 5925 Avenida Vista, Orlando | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | Marriott Newport Coast Villas 23000 Newport Coas | 18,000.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Bank (Checking Account) | 1,300.00 | 1,300.00 | | 0.00 | FA |
| 6 | Chase Bank (Savings Account) | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 7 | Household Furniture | 10,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | Clothing | 750.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor 401K With Employer | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | Co-Debtor Profit Sharing With Employer | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2004 GMC Envoy (Approx 60k Miles) | 17,275.00 | 12,475.00 | | 9,926.88 | FA |
| 12 | 1998 Toyota Camry (Approx 85k Miles) | 6,325.00 | 6,325.00 | | 0.00 | FA |
| 13 | 2002 GMC Envoy (Approx 82k Miles) | 13,275.00 | 13,275.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 19.39 | FA |
| 14 | **Assets**    **Totals** (Excluding unknown values) | **$864,924.00** | **$114,448.00** | | **$9,946.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report  Filed 9/9/10.

Hearing  on Final Report continued from time to time by Judge Black.  Currently continued until 2/18/11.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 30, 2014 | **Current Projected Date Of Final Report (TFR):** | September 9, 2010  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-15650 |
| **Case Name:** | BROWN, JAMES M |
| | BROWN, DIANE M |
| **Taxpayer ID #:** | **-***2900 |
| **Period Ending:** | 07/26/11 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****88-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/08 | {11} | American Auction Associates, Inc | Auction Proceeds from vehicle sale | 1129-000 | 9,926.88 | | 9,926.88 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.36 | | 9,927.24 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.38 | | 9,928.62 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.24 | | 9,929.86 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.26 | | 9,931.12 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.26 | | 9,932.38 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.18 | | 9,933.56 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.30 | | 9,934.86 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 1.08 | | 9,935.94 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.78 | | 9,936.72 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.70 | | 9,937.42 |
| 01/29/09 | 1001 | Halina Kelso | Cleaning service | 2420-000 | | 95.00 | 9,842.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 9,842.82 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2008 FOR CASE<br>#07-15650<br>Voided on 02/08/09 | 2300-000 | | ! 12.26 | 9,830.56 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2008 FOR CASE<br>#07-15650<br>Voided: check issued on 02/08/09 | 2300-000 | | ! -12.26 | 9,842.82 |
| 02/08/09 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2008 FOR CASE<br>#07-15650, 016026455 | 2300-000 | | 12.26 | 9,830.56 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 9,830.93 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.42 | | 9,831.35 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 9,831.75 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.38 | | 9,832.13 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.42 | | 9,832.55 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.41 | | 9,832.96 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.41 | | 9,833.37 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 9,833.77 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 9,834.17 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.41 | | 9,834.58 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.41 | | 9,834.99 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.38 | | 9,835.37 |
| 02/03/10 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2009 FOR CASE | 2300-000 | | 8.78 | 9,826.59 |

| | | | Subtotals : | | $9,942.63 | $116.04 | |

| | | |
|---|---|---|
| {} Asset reference(s) | !-Not printed or not transmitted | Printed: 07/26/2011 12:16 AM    V.12.57 |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-15650 |
| Case Name: | BROWN, JAMES M |
| | BROWN, DIANE M |
| Taxpayer ID #: | **-***2900 |
| Period Ending: | 07/26/11 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****88-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #07-15650, #016026455 | | | | |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 9,826.96 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.44 | | 9,827.40 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.25 | | 9,827.65 |
| 04/20/10 | | Wire out to BNYM account<br>9200*****8865 | Wire out to BNYM account 9200*****8865 | 9999-000 | -9,827.65 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 116.04 | 116.04 | $0.00 |
| Less: Bank Transfers | -9,827.65 | 0.00 |
| **Subtotal** | 9,943.69 | 116.04 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | $9,943.69 | $116.04 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-15650 |
| **Case Name:** | BROWN, JAMES M |
| | BROWN, DIANE M |
| **Taxpayer ID #:** | **-***2900 |
| **Period Ending:** | 07/26/11 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******88-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account *******8865 | Wire in from JPMorgan Chase Bank, N.A.<br>account *******8865 | 9999-000 | 9,827.65 | | 9,827.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.20 | | 9,827.85 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.59 | | 9,828.44 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.56 | | 9,829.00 |
| 07/27/10 | 11005 | James M & Diane M Brown | Exemption<br>Voided on 08/04/10 | 8100-002 | | ! 4,800.00 | 5,029.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.59 | | 5,029.59 |
| 08/04/10 | 11005 | James M & Diane M Brown | Exemption<br>Voided: check issued on 07/27/10 | 8100-002 | | ! -4,800.00 | 9,829.59 |
| 08/04/10 | 11006 | James M & Diane M Brown | Exemption | 8100-002 | | 4,800.00 | 5,029.59 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.58 | | 5,030.17 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,030.21 |
| 10/20/10 | Int | The Bank of New York Mellon | transfer | 1270-000 | 0.02 | | 5,030.23 |
| 10/20/10 | | To Account #9200******8866 | transfer | 9999-000 | | 5,030.23 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **9,830.23** | **9,830.23** | **$0.00** |
| Less: Bank Transfers | 9,827.65 | 5,030.23 | |
| **Subtotal** | **2.58** | **4,800.00** | |
| Less: Payments to Debtors | | 4,800.00 | |
| **NET Receipts / Disbursements** | **$2.58** | **$0.00** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-15650 |
| **Case Name:** | BROWN, JAMES M |
| | BROWN, DIANE M |
| **Taxpayer ID #:** | **-***2900 |
| **Period Ending:** | 07/26/11 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******88-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/10 | | From Account #9200******8865 | transfer | 9999-000 | 5,030.23 | | 5,030.23 |
| 03/28/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,264.56, Trustee Compensation;  Reference: | 2100-000 | | 1,264.56 | 3,765.67 |
| 03/28/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $198.44, Trustee Expenses;  Reference: | 2200-000 | | 198.44 | 3,567.23 |
| 03/28/11 | 103 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,335.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,335.00 | 2,232.23 |
| 03/28/11 | 104 | Discover Bank/DFS Services LLC | Dividend paid  0.92% on $6,963.73; Claim# 1; Filed: $6,963.73; Reference: 601129882762 | 7100-000 | | 64.20 | 2,168.03 |
| 03/28/11 | 105 | Discover Bank/DFS Services LLC | Dividend paid  0.92% on $8,872.97; Claim# 2; Filed: $8,872.97; Reference: 601100746029 | 7100-000 | | 81.79 | 2,086.24 |
| 03/28/11 | 106 | Capital 1 Bank | Dividend paid  0.92% on $13,204.35; Claim# 4; Filed: $13,204.35; Reference: 546630239258 | 7100-000 | | 121.71 | 1,964.53 |
| 03/28/11 | 107 | Capital 1 Bank | Dividend paid  0.92% on $6,838.94; Claim# 5; Filed: $6,838.94; Reference: 546630193969 | 7100-000 | | 63.04 | 1,901.49 |
| 03/28/11 | 108 | eCAST Settlement Corporation | Dividend paid  0.92% on $5,943.64; Claim# 6; Filed: $5,943.64; Reference: | 7100-000 | | 54.79 | 1,846.70 |
| 03/28/11 | 109 | eCAST Settlement Corporation | Dividend paid  0.92% on $5,767.05; Claim# 7; Filed: $5,767.05; Reference: | 7100-000 | | 53.16 | 1,793.54 |
| 03/28/11 | 110 | American Express Bank FSB | Dividend paid  0.92% on $30,070.21; Claim# 8; Filed: $30,070.21; Reference: 371719687016354901 | 7100-000 | | 277.18 | 1,516.36 |
| 03/28/11 | 111 | American Express Bank FSB | Dividend paid  0.92% on $17,778.53; Claim# 9; Filed: $17,778.53; Reference: 048418354013384461 | 7100-000 | | 163.88 | 1,352.48 |
| 03/28/11 | 112 | LVNV Funding LLC its successors assignee of Citibank | Dividend paid  0.92% on $7,810.41; Claim# 10; Filed: $7,810.41; Reference: | 7100-000 | | 71.99 | 1,280.49 |
| 03/28/11 | 113 | E*Trade | Dividend paid  0.92% on $6,486.75; Claim# 11; Filed: $6,486.75; Reference: 4512373300005950 | 7100-000 | | 59.79 | 1,220.70 |
| 03/28/11 | 114 | Chase Bank USA, NA | Dividend paid  0.92% on $9,768.57; Claim# 12; Filed: $9,768.57; Reference: 517945620004 | 7100-000 | | 90.04 | 1,130.66 |
| 03/28/11 | 115 | Chase Bank USA, NA | Dividend paid  0.92% on $4,072.85; Claim# 13; Filed: $4,072.85; Reference: 438854001432 | 7100-000 | | 37.54 | 1,093.12 |
| 03/28/11 | 116 | Chase Bank USA, NA | Dividend paid  0.92% on $23,508.60; Claim# 14; Filed: $23,508.60; Reference: 441712391790 | 7100-000 | | 216.69 | 876.43 |
| 03/28/11 | 117 | Chase Bank USA, NA | Dividend paid  0.92% on $4,492.86; Claim# 15; Filed: $4,492.86; Reference: 549092036005 | 7100-000 | | 41.41 | 835.02 |

| | | | Subtotals : | | $5,030.23 | $4,195.21 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-15650 |
| Case Name: | BROWN, JAMES M |
| | BROWN, DIANE M |
| Taxpayer ID #: | **-***2900 |
| Period Ending: | 07/26/11 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******88-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/11 | 118 | eCAST Settlement Corp assignee of<br>FIA Card Services | Dividend paid   0.92% on $3,859.86; Claim# 16;<br>Filed: $3,859.86; Reference: | 7100-000 | | 35.58 | 799.44 |
| 03/28/11 | 119 | eCAST Settlement Corp assignee of<br>FIA Card Services | Dividend paid   0.92% on $51,565.90; Claim#<br>17; Filed: $51,565.90; Reference: | 7100-000 | | 475.32 | 324.12 |
| 03/28/11 | 120 | eCAST Settlement Corp assignee of<br>FIA Card Services | Dividend paid   0.92% on $35,163.29; Claim#<br>18; Filed: $35,163.29; Reference: | 7100-000 | | 324.12 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,030.23 | 5,030.23 | **$0.00** |
| Less: Bank Transfers | 5,030.23 | 0.00 | |
| **Subtotal** | **0.00** | **5,030.23** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$5,030.23** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****88-65** | 9,943.69 | 116.04 | 0.00 |
| **MMA # 9200-******88-65** | 2.58 | 0.00 | 0.00 |
| **Checking # 9200-******88-66** | 0.00 | 5,030.23 | 0.00 |
| | $9,946.27 | $5,146.27 | $0.00 |